Copyright Infringement Notice
February 2, 2025
Page 6 of 9

# EXHIBIT "B"



Copyright Infringement Notice
February 2, 2025
Page 7 of 9



Copyright Infringement Notice
February 2, 2025
Page 8 of 9



Copyright Infringement Notice
February 2, 2025
Page 9 of 9

